UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| DEBRA K. DODD, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:11-cv-66 |
| v. ) | |
| ) | Judge Mattice |
| CUMBERLAND PRESBYTERIAN ) | |
| CHURCH GENERAL ASSEMBLY ) | |
| CORPORATION, and FAYETTEVILLE ) | |
| CUMBERLAND PRESBYTERIAN ) | |
| CHURCH ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

On October 18, 2012, Plaintiff and Defendant Fayetteville Cumberland Presbyterian Church ("the Church") submitted an "Agreed Order of Dismiss[al] of [the Church]." (Doc. 49). The Court construed this filing as a Motion for a court order of dismissal, pursuant to Fed. R. Civ. P. 41(a)(2), and ordered Defendant Cumberland Presbyterian Church General Assembly ("the Assembly") to respond. (Doc. 50). On October 25, 2012, Plaintiff and the Assembly submitted a "Joint Stipulation of Dismissal." (Doc. 51). All parties to this action now agree that it should be dismissed with prejudice. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 31st day of October, 2012.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE